AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of WEST VIRGINIA

UNITED STATES OF AMERICA

V.

NATHAN DENNIS SMITH

## WARRANT FOR ARREST

Case 3:05-00067-02

SEALED
MAR 22 2005

COPY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Nathan Dennis Smith
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court SRT Violation Motion to Revoke Bond

charging him or her (brief description of offense)

Conspiracy to possess with intent to distribute cocaine, a Schedule II controlled substance. See attached.

in violation of 18/21 United States Code, Section(s) 841(a)(1) & 846/2

TERESA L. DEPPNER, CLERK OF COURTS
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

Teresa L. Deppner eap
Signature of Issuing Officer

March 22, 2005-Huntington, WV
Date and Location

Bail fixed at $ Bond not fixed by Judge at this time by MAURICE G. TAYLOR, JR., U.S. MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

COPY

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

6

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2004
MARCH 22, 2005 SESSION

SEALED
[redacted] 22 [redacted]

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:05-00067
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

JAMES ROBERT WOLFENBERGER
NATHAN DENNIS SMITH
RODNEY LEE RAMEY

FILED
2 2 2005
TERESA L. DEPPNER, CLERK

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

From on or about March 2002 to on or about June 17, 2004, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants JAMES ROBERT WOLFENBERGER, NATHAN DENNIS SMITH, and RODNEY LEE RAMEY, together with persons whose identities are known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. Section 841(a)(1), that is knowingly and intentionally to distribute a quantity of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

COUNT TWO

On or about June 10, 2004, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants NATHAN DENNIS SMITH and RODNEY LEE RAMEY, aided and abetted by each other, knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT THREE

On or about June 11, 2004, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants NATHAN DENNIS SMITH and RODNEY LEE RAMEY, aided and abetted by each other, knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT FOUR

On or about June 17, 2004, at approximately 12:30 p.m., at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants JAMES ROBERT WOLFENBERGER, NATHAN DENNIS SMITH and RODNEY LEE RAMEY, aided and abetted by each other, knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about June 17, 2004, at approximately 9:30 p.m., at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants NATHAN DENNIS SMITH and RODNEY LEE RAMEY, aided and abetted by each other, knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A True Bill.

Donald A Chapman
Foreperson

KASEY WARNER
United States Attorney

By: [signature]
STEPHANIE L. HAINES
Assistant United States Attorney

No. ________________

# UNITED STATES DISTRICT COURT

Southern District of West Virginia

Huntington Division

## THE UNITED STATES OF AMERICA

vs.

JAMES ROBERT WOLFENBERGER
NATHAN DENNIS SMITH
RODNEY LEE RAMEY

## INDICTMENT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

a true bill.

Donald A. Chapman ________ Foreman

Filed in open court this ________ day,
of __________ A.D. ________

__________________________________ Clerk

Bail, $ ________