AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U.S.
v.
Nathan Smith

## APPEARANCE

Case Number: 1:05M128M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nathan Dennis Smith

I certify that I am admitted to practice in this court.

10-26-05
Date

Signature

Ed N
Print Name

Bar Number

10 WEYBOSSET STREET
Address

| City | State | Zip Code |
|---|---|---|
| PROVIDENCE | RI | 02903 |

| Phone Number | Fax Number |
|---|---|
| (401) 528-4281 | (401) 528-4285 |