IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-M-0128M |
| | ) | |
| NATHAN DENNIS SMITH | ) | |

ORDER

This matter was heard on October 26, 2005 before the Hon. Magistrate Judge David L. Martin, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the defendant NATHAN DENNIS SMITH should be removed to the Southern District of West Virginia to answer an indictment filed against him in that District. The defendant, being represented by counsel, Edward C. Roy, Jr., Esq., having waived his right to an identity hearing, it is hereby:

ORDERED, ADJUDGED AND DECREED

The defendant is ordered removed in the custody of the United States Marshals Service to the judicial district of the Southern District of West Virginia.

Per Order,

Deputy Clerk

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
United States District Court

DATE: 10-25-05